TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (510) 970-4809
    Facsimile: (415) 744-0134
    Email: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VIANNE JUANICIA CARRILLO, | ) Case No. CV21-2996-PD |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1] | ) |
| Defendant. | ) |

///

///

///

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1        Having approved the parties' Stipulation to Remand Pursuant to Sentence
2  Four of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES
3  AND DECREES that judgment is entered for Plaintiff.

DATED: August 26, 2021

*Patricia Donahue*
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE