**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIANNE JUANICIA CARRILLO, | Case No.: 2:21-cv-02996-PD |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,300.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:   September 28, 2021

*Patricia Donahue*
_____
THE HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,
2  LAW OFFICES OF LAWRENCE D. ROHLFING
3  　　　/s/ *Lawrence D. Rohlfing*
   _____
4  Lawrence D. Rohlfing
   Attorney for plaintiff Vianne Juanicia Carrillo
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26